IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JEFF CHARLES LEPHANIE,
REG. #02993-104                                                                                   PLAINTIFF

VS.                                    2:17-CV-00046-BRW-JTR

UNITED STATES OF AMERICA, *et al.*                                                DEFENDANTS

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray.[1] No objections were filed. After careful review, I approve and adopt the Recommendation as set out below:

The complaint is dismissed without prejudice.[2] Dismissal constitutes a "strike," and I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[3]

IT IS SO ORDERED this 7th day of September, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 7.

[2] Doc. No. 1.

[3] 28 U.S.C. § 1915(a)(3) and (g).